# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| James Alampi | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:  3:24-pq-02308 |
| SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and CHEVRON U.S.A INC. | ) | |
| *Defendant(s)* | ) | |

## **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that JJ Snidow of Keller Postman LLC, hereby enters his appearance as counsel for Plaintiff, James Alampi, in the above-entitled action.

DATED:  October 11, 2024

/JJ Snidow/_____
Signature

JJ Snidow_____
Name

150 N. Riverside Plaza, Ste. 4100___
Chicago, IL 60606
Address

312-741-5220_____
Phone Number

_____
Fax Number

jj.snidow@kellerpostman.com___
E-Mail Address

Rev.  2/11